AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 JUN -2 AM 8: 40

CLERK _C. Robinson_
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

JOSEPHER J. SIBLEY,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   2:19-cv-166

CAMDEN COUNTY JAIL, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court dated May 28, 2020; granting Plaintiff's construed Motion to Dismiss, the Court DISMISSES Plaintiff's Complaint without prejudice. Judgment is hereby entered. This civil action stands closed.

Approved by _____
HON. LISA GODBEY WOOD, JUDGE

_June 1, 2020_
Date

Scott L. Poff
Clerk

_Megan Garcia_
(By) Deputy Clerk

GAS Rev 10/1/03